UNITED STATES DISTRICT COURT

__Northern__ District of __Ohio__

| | | |
|---|---|---|
| United States of America | ) | Criminal No. 5:07CR517 |
| | ) | |
| vs. | ) | Judge Christopher A. Boyko |
| | ) | |
| Cory Armstrong, | ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the __Northern__ District of __Ohio__ hereby dismisses the __indictment__ against
(indictment, information, complaint)

__Cory Armstrong__ defendant.

*William J. Edwards* (signature)
William J. Edwards
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

*Christopher A. Boyko* (signature)
Christopher A. Boyko
United States District Judge

Date:

**FILED**
MAY - 6 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

FORM OBD-113
DEC. 82